**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

GEORGE HENRY WHALEY JR.
PRIVATE EXPRESS TRUST,

        Plaintiff,

    v.

COMMONWEALTH OF
PENNSYLVANIA & PENNSYLVANIA
STATE POLICE,

        Defendant.

CIVIL ACTION NO. 4:24-CV-01862

(MEHALCHICK, J.)

## ORDER

Plaintiff George Henry Whaley Jr. Private Express Trust ("Plaintiff") filed this lawsuit against the Commonwealth of Pennsylvania and the Pennsylvania State Police ("Defendants") on October 29, 2024. (Doc. 1). On October 29, 2024, Plaintiff filed a motion to proceed *in forma pauperis.* (Doc. 2). On November 1, 2024, Plaintiff's motion to proceed *in forma pauperis* was denied by the Honorable Magistrate Judge William I. Arbuckle (Doc. 4). In response, Plaintiff filed a document titled "Rebutting all Presumptions and Trust Jurisdiction of the District Court." by George Henry Whaley Jr Private Express Trust." (Doc. 5). On December 18, 2024, Judge Arbuckle filed a Report and Recommendation recommending the Court dismiss this action. (Doc. 6). On March 28, 2025, this Court adopted Judge Arbuckle's report in its entirety, extending Plaintiff leave to file an amended pleading on or before April 28, 2025. (Doc. 7). On October 2, 2025, because Plaintiff failed to do so, the Court dismissed the matter without prejudice for failure to prosecute and this matter was closed (Doc. 8). On October 15, 2025, Plaintiff filed a motion for relief from judgment. (Doc. 9). For the following reasons, Plaintiff's motion is denied.

Plaintiff brings this motion pursuant to various subsections of Federal Rule of Civil Procedure 60(b), including mistake (Rule 60(b)(1)); fraud and misrepresentation (Rule 60(b)(3)); void judgment (Rule 60(b)(4)); and any other reason justifying relief (Rule 60(b)(6)). Plaintiff also asserts several statutory and constitutional bases for relief from the judgment. None of them, however, address the basis for the complaint being dismissed, the failure of the Plaintiff to either move for leave to proceed *in forma pauperis* or pay the requisite filing fee, or otherwise comply with the Court's orders. Further, the Court notes that the Plaintiff, a private trust, is attempting to represent itself, which it is not permitted to do. *See Living Tr. of Lukunda Muhammad v. Shelton*, No. 24-3178, 2025 WL 1409475, at *1-2 (3d Cir. May 15, 2025) (concluding it is well-settled that a trust may appear in the federal courts only through licensed counsel).

As Plaintiff fails to provide any basis for the relief sought, its motion is denied.


**Dated: July 29, 2026**                                      **BY THE COURT:**

*s/Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**

2